IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02419-PSF-MJW

ROBERTA ERICKSON,

Plaintiff,

v.

RBC DAIN RAUSCHER, INC.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the filing of the Defendant's Answer to Plaintiff's Second Amended Complaint (Docket No. 17), it is hereby ORDERED that the Plaintiff's Motion for Leave to Amend Complaint and Amended Complaint, filed on February 24, 2006 (Docket No. 13), is deemed confessed and is granted. The tendered Amended Complaint (Docket No. 14) and the Answer thereto (Docket No. 17) are accepted for filing as of the date of this Minute Order.

Date: March 22, 2006