IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02419-PSF-MJW

ROBERTA ERICKSON,

    Plaintiff,

v.

RBC DAIN RAUSCHER INC.,

    Defendant.

## ORDER RE STIPULATION FOR DISMISSAL

In light of the parties' Stipulation for Dismissal (Dkt. # 19), the Court hereby ORDERS that this case is DISMSSED WITH PREJUDICE, each party to bear her or its own costs and attorneys' fees.

DATED: June 5, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____
                        Phillip S. Figa
                        United States District Judge